1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                                DISTRICT OF NEVADA

8                                        * * *

9   PERLA HERNANDEZ,                        )
                                            )
10                                          )
                      Plaintiffs,           )           2:13-cv-00323-JCM-NJK
11                                          )
    vs.                                     )
12                                          )
    SAXON MORTGAGE SERVICES, et al.,        )            **O R D E R**
13                                          )
                                            )
14                    Defendants.           )
    _____)

15          Before the Court is Defendants' Motion to Quash Summons for Improper Service Against

16   Defendants Ocwen Loan Servicing, LLC, The Bank of New York Mellon, as Trustee and

17   Mortgage Electronic Registration Systems, Inc., and Against Counsel, Docket No. 35, filed on

18   June 17, 2013.

19          On July 1, 2013, the Court dismissed every cause of action alleged against Defendants

20   Ocwen Loan Servicing, LLC, The Bank of New York Mellon, and Mortgage Electronic

21   Registration Systems, Inc. Docket No. 36.  Accordingly, the Motion to Quash, as it relates to

22   these three Defendants, is moot.

23          The Defendants also seek to quash the service of the Summons and Complaint against

24   counsel for the Defendants, Mr. Allison and Mr. Ivie. The Defendants' counsel are not named

25   defendants in this action and therefore service of a summons and complaint against them is not

26   proper. Accordingly, the Motion to Quash, as it relates to the Defendants' counsel, is granted.

27   ...

28   ...

## CONCLUSION

Based on the foregoing, and good cause appearing therefore,

**IT IS FURTHER ORDERED** that the portion of the Defendants' Motion (#35) that seeks to  Quash the Summons for Improper Service Against Defendants Ocwen Loan Servicing, LLC, The Bank of New York Mellon, as Trustee and Mortgage Electronic Registration Systems, Inc. is **DENIED as moot.**

**IT IS FURTHER ORDERED** that the portion of the Defendants' Motion (#35) that seeks to  Quash the Summons for Improper Service Against Counsel is **GRANTED.**

DATED this   2nd   day of July, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge