# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PERLA HERNANDEZ,<br><br>    Plaintiff(s),<br><br>v.<br><br>SAXON MORTGAGE SERVICES, et al.,<br><br>    Defendant(s). | 2:13-CV-323 JCM (NJK) |

### ORDER

Presently before the court is *pro se* plaintiff Perla Hernandez's amended motion for entry of clerk's default. (Doc. # 55). Plaintiff seeks default against defendants Saxon Mortgage Services, Ocwen Loan Services, Quality Loan Servicing Corp., Novastar Mortgage Inc., Bank of New York Mellon, and "JP Mortgage Chase Bank, N.A."[1]

This is essentially the same motion that the court has already denied. (*See* doc. # 58). Plaintiff represents that each defendant has been properly served but all have failed to respond or otherwise defend. This is not true. To the contrary, each defendant was dismissed from the action on July 1, 2013, when the court granted defendants' motion to dismiss. (Doc. # 36). Plaintiff is not entitled to a default judgment against these parties, and her motion is denied.

. . .

---

[1] "JP Mortgage Chase Bank, N.A." is not a defendant in this action. The court assumes plaintiff intended to seek default against J.P. Morgan Chase, as predecessor in interest to Bank of New York Mellon.

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's motion for entry of clerk's default (doc. # 55) be, and the same hereby is, DENIED.

DATED March 13, 2014.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -